**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SAUER CONSTRUCTION, LLC,

    Plaintiff,

v.                                   Case No. 3:26-cv-633-TJC-SJH

SOUTHEASTERN EARTH
CONSTRUCTION, LLC, and
GREAT MIDWEST INSURANCE
COMPANY,

    Defendants.

---

**O R D E R**

Even in the absence of a challenge, the Court has a duty to independently evaluate subject matter jurisdiction. Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006). Under 28 U.S.C. § 1332(a), a district court's proper exercise of diversity jurisdiction requires that parties have complete diversity of citizenship and the amount in controversy exceed $75,000. See Univ. of S. Ala. v. Am. Tobacco Co., 168 F.3d 405, 410–12 (11th Cir. 1999). "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, LP v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1022 (11th Cir. 2004). Therefore, to sufficiently allege the citizenship of an LLC, "a party must list the citizenships of all the [LLC's] members." Id.

On March 24, 2026, Plaintiff Sauer Construction, LLC filed a Complaint

against two Defendants: Southeastern Earth Construction, LLC and Great Midwest Insurance Company. (Doc. 1). Plaintiff's Complaint asserts that the Court has diversity jurisdiction over the case. (Id. at 2) ("This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as the parties are diverse and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.").

After answering Plaintiff's Complaint, Defendants filed their disclosure statements. (Docs. 16, 17). Notably, Defendant Southeastern Earth Construction, LLC's disclosure states that it is a citizen of Georgia and Florida. (Id. at 2). Because Plaintiff and Defendant Southeastern Earth Construction, LLC are both citizens of Florida, there is no complete diversity of citizenship between the adverse parties. The Court therefore lacks jurisdiction over the case.[1]

Accordingly, it is hereby

**ORDERED:**

---

[1] Defendant Southeastern Earth Construction, LLC's disclosure statement does not comply with the instructions on the form. (Doc. 15 at 4) ("If the filer is a limited liability company or other unincorporated entity, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on."). But because the disclosure states that Defendant Southeastern Earth Construction, LLC is a citizen of "Georgia and Florida[,]" the outcome would be the same had the instructions been followed. (Id.).

1.  This case is **DISMISSED without prejudice**.

2.  The Clerk should terminate the pending deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of June, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record