**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SAUER CONSTRUCTION, LLC,

    Plaintiff,

v.                                                                  Case No. 3:26-cv-633-TJC-SJH

SOUTHEASTERN EARTH
CONSTRUCTION, LLC, and
GREAT MIDWEST INSURANCE
COMPANY,

    Defendants.

---

## O R D E R

Under 28 U.S.C. § 1332(a), a district court's proper exercise of diversity jurisdiction requires that parties have complete diversity of citizenship and the amount in controversy exceed $75,000. See Univ. of S. Ala. v. Am. Tobacco Co., 168 F.3d 405, 410–12 (11th Cir. 1999). "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, LP v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1022 (11th Cir. 2004). Therefore, to sufficiently allege the citizenship of an LLC, "a party must list the citizenships of all the [LLC's] members." Id.

On March 24, 2026, Plaintiff Sauer Construction, LLC filed a Complaint against two Defendants: Southeastern Earth Construction, LLC and Great Midwest Insurance Company. (Doc. 1). Plaintiff disclosed that through its

members, it was a citizen of Florida and Pennsylvania. (Doc. 16 at 3). Both Defendants answered Plaintiff's Complaint (Docs. 10, 13), then filed their disclosure statements. (Docs. 15, 17). Defendant Southeastern Earth Construction, LLC disclosed it is a citizen of Georgia and Florida, and Defendant Great Midwest Insurance Company disclosed it is a citizen of Texas. (Doc. 15 at 4; 17 at 3).

On June 2, 2026, the Court dismissed the case without prejudice for lack of subject matter jurisdiction because Defendant Southeastern Earth Construction, LLC's disclosure stated that it is a citizen of Georgia and Florida. (Doc. 18 at 2) ("Because Plaintiff and Defendant Southeastern Earth Construction, LLC are both citizens of Florida, there is no complete diversity of citizenship between the adverse parties. The Court therefore lacks jurisdiction over the case.").

That same day, Defendant Southeastern Earth Construction, LLC filed an Unopposed Motion for Relief from the Court's Order, stating that "its members are in fact residents and citizens of the State of Georgia, not Florida." (Doc. 21 at 2). Defendant Southeastern Earth Construction, LLC also filed an Amended Disclosure Statement (Doc. 20), "which has correctly disclosed [its] citizenship" and "acknowledges that this was a mistake caused by excusable neglect of [counsel] in misreading the instructions of the citizenship information and was not a mistake by the Court or any other party." (Doc. 21 at 2–3).

2

The Court may correct this clerical mistake. <u>See</u> Fed. R. Civ. P. 60(a). Because Defendant Southeastern Earth Construction, LLC's updated disclosure statement confirms it is a citizen of Georgia, not Florida, there is complete diversity of citizenship between the adverse parties. Accordingly, it is hereby

**ORDERED:**

1. This Court's June 2 Order (Doc. 18) is **VACATED**. The Clerk is directed to reopen the file.

2. No later than **June 26, 2026**, the parties must file a Case Management Report as required by Local Rule 3.02(a)(2). (<u>See</u> Doc. 7 for more information).

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of June, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record